IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LESTER JON RUSTON,

    Plaintiff,

v.                                              CASE NO. 4:06-cv-00140-MP-WCS

THE FLORIDA BAR, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that the Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. 5, be denied and that the Plaintiff's complaint be dismissed pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). Plaintiff objects to the Report and Recommendation at Doc, 8, arguing that he is civil detainee rather than a prisoner because he is being held pursuant to 28 U.S.C. § 4246 for mental examination. Thus, he argues, the Prison Litigation Reform Act and its three strike rule do not apply to him. The Court, however, agrees with the Magistrate Judge that Plaintiff is charged with a criminal offense and his detention is pursuant to that pending charge. Therefore, he meets the definition of prisoner under the PLRA and his complaint is barred by the three strikes rule. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge is adopted and incorporated herein, this action is dismissed, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *22nd* day of June, 2006

                           *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge